A09A2170. HEDDEN v. THE STATE.
A09A2171. HUTTO v. THE STATE.
(713 SE2d 870)

MILLER, Presiding Judge.

In *Hedden v. State*, 288 Ga. 871 (708 SE2d 287) (2011), the Supreme Court of Georgia reversed the judgment of this Court in *Hedden v. State*, 301 Ga. App. 854 (690 SE2d 203) (2010). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Barnes, P. J., and Andrews, J., concur.*

DECIDED JULY 7, 2011.

*H. Maddox Kilgore*, for appellants.

*Garry T. Moss, District Attorney, Lara A. Snow, Assistant District Attorney*, for appellee.